RECEIVED

FEB 1 1 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

VERSUS

JOSHUA JAMES MORO

CRIMINAL NO. 10-cr-00135(1)

JUDGE WALTER

MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JOSHUA JAMES MORO** on January 21, 2011 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___11___ day of ___Feb___, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE