RECEIVED

FEB 1 1 2011

TONY R. MOORE, CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 10-cr-00135(1) |
| VERSUS | JUDGE WALTER |
| JOSHUA JAMES MORO | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JOSHUA JAMES MORO** on January 21, 2011 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __11__ day of __Feb__, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE